Fill in this information to identify the case:

United States Bankruptcy Court for the:

__Eastern__ District of __Pennsylvania__
(State)

Chapter __11__

Official Form 205

☐ Check if this is an amended filing

# Involuntary Petition Against a Non-Individual

12/15

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against an individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

## Part 1: Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

1. **Chapter of the Bankruptcy Code**

   Check one:
   ☐ Chapter 7
   ☒ Chapter 11

## Part 2: Identify the Debtor

2. **Debtor's name**: Lawrence Schiff Silk Mills, Inc.

3. **Other names you know the debtor has used in the last 8 years**
   Include any assumed names, trade names, or *doing business as* names.

   LSSM Acquisition Co.

4. **Debtor's federal Employer Identification Number (EIN)**
   ☐ Unknown
   ___ — _____
   EIN

5. **Debtor's address**

   Principal place of business:
   590 California Road
   Number    Street
   Suite 109
   Quakertown    PA    18951
   City    State    ZIP Code

   Bucks
   County

   Mailing address, if different:
   1999 Avenue of the Stars
   Number    Street
   Suite 3430
   Los Angeles    CA    90067
   City    State    ZIP Code

   Location of principal assets, if different from principal place of business:
   Number    Street

   City    State    ZIP Code

Official Form 205    Involuntary Petition Against a Non-Individual    page 1

Debtor _____    Case number (if known)_____
       Name

6. **Debtor's website** (URL)    www..schiffribbons.com

7. **Type of debtor**
   - ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   - ☐ Partnership (excluding LLP)
   - ☐ Other type of debtor. Specify: _____

8. **Type of debtor's business**

   Check one:
   - ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   - ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   - ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   - ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   - ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   - ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   - ☒ None of the types of business listed.
   - ☐ Unknown type of business.

9. **To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor?**
   - ☒ No
   - ☐ Yes. Debtor_____ Relationship _____
     District_____ Date filed_____ Case number, if known_____
                                 MM / DD / YYYY

     Debtor_____ Relationship _____
     District_____ Date filed_____ Case number, if known_____
                                 MM / DD / YYYY

**Part 3: Report About the Case**

10. **Venue**

    Check one:
    - ☒ Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district.
    - ☐ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district.

11. **Allegations**

    Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).

    The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).

    *At least one box must be checked*:

    - ☒ The debtor is generally not paying its debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount.
    - ☐ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or an agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

12. **Has there been a transfer of any claim against the debtor by or to any petitioner?**
    - ☒ No
    - ☐ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a).

Debtor _____    Case number (if known) _____
            Name

## 13. Each petitioner's claim

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| Pyramid Realty Group LP | lease obligations | $ 227,452.00 |
| Aero Energy | Trade debt | $12,910.53 |
| Grant Industries, Inc. | Trade debt | $ 18,228.60 |
| | Total of petitioners' claims | $ 258,591.13 |

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

## Part 4:    Request for Relief

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

**Petitioners or Petitioners' Representative**

Name and mailing address of petitioner

Pyramid Realty Group LP
Name

590 California Road
Number    Street

Quakertown            PA        18951
City                  State     ZIP Code

Name and mailing address of petitioner's representative, if any

_____
Name

_____
Number    Street

_____
City      State    ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  03/ 30/ 2016
             MM / DD / YYYY
Signature of petitioner or representative, including representative's title

Richard Schiff, General Partner
L on behalf of

**Attorneys**

Jeffrey Kurtzman, Esquire
Printed name

KURTZMAN | STEADY, LLC
Firm name, if any

401 S. 2nd Street, Suite 301
Number    Street

Philadelphia          PA        19147
City                  State     ZIP Code

Contact phone (215) 839-1222  Email kurtzman@kurtzmansteady.com

Bar number  51816

State       PA

X _____
Signature of attorney

Official Form 205    Involuntary Petition Against a Non-Individual    page 3

Debtor _____   Case number (if known) _____
        Name

**Name and mailing address of petitioner**

Aero Energy
Name

230 Lincoln Way East
Number   Street

New Oxford          PA      17350
City                State   ZIP Code

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____
Number   Street

_____
City      State   ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  03/ 28/ 2016
             MM / DD / YYYY

✗ _____, Credit Manager
Signature of petitioner or representative, including representative's title

Jeffrey Kurtzman, Esquire
Printed name

KURTZMAN | STEADY, LLC
Firm name, if any

401 S. 2nd Street, Suite 301
Number   Street

Philadelphia        PA      19147
City                State   ZIP Code

Contact phone (215) 849-1222   Email kurtzman@kurtzmansteady.com

Bar number   51816

State        PA

✗ _____
Signature of attorney

Date signed   03/28/2016
              MM / DD / YYYY

---

**Name and mailing address of petitioner**

_____
Name

_____
Number   Street

_____
City      State   ZIP Code

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____
Number   Street

_____
City      State   ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
            MM / DD / YYYY

✗ _____
Signature of petitioner or representative, including representative's title

Jeffrey Kurtzman, Esquire
Printed name

KURTZMAN | STEADY, LLC
Firm name, if any

401 S. 2nd Street, Suite 301
Number   Street

Philadelphia        PA      19147
City                State   ZIP Code

Contact phone _____  Email _____

Bar number   51816

State        PA

✗ _____
Signature of attorney

Date signed   2016
              MM / DD / YYYY

Official Form 205          Involuntary Petition Against a Non-Individual          page 4

Debtor _____    Case number (if known) _____
       Name

### Name and mailing address of petitioner

Name: Acro Energy
Number Street: 230 Lincoln Way East
City: New Oxford    State: PA    ZIP Code: 17350

### Name and mailing address of petitioner's representative, if any

Name: _____
Number Street: _____
City: _____    State: _____    ZIP Code: _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 03/ 28/ 2016
           MM / DD / YYYY

✗ _____
Signature of petitioner or representative, including representative's title
Ray Gambill, Credit Manager

Printed name: Jeffrey Kurtzman, Esquire
Firm name, if any: KURTZMAN | STEADY, LLC
Number Street: 401 S. 2nd Street, Suite 301
City: Philadelphia    State: PA    ZIP Code: 19147
Contact phone: (215) 849-1222    Email: kurtzman@kurtzmansteady.com
Bar number: 51816
State: PA

✗ _____
Signature of attorney

Date signed: 03/28/2016
             MM / DD / YYYY

---

### Name and mailing address of petitioner

Name: Grant Industries, Inc.
Number Street: 125 Main Avenue
City: Elmwood Park    State: NJ    ZIP Code: 07407

### Name and mailing address of petitioner's representative, if any

Name: _____
Number Street: _____
City: _____    State: _____    ZIP Code: _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 3/30/2016
           MM / DD / YYYY

✗ _____, Managing Director
Signature of petitioner or representative, including representative's title

Printed name: Jeffrey Kurtzman, Esquire
Firm name, if any: KURTZMAN | STEADY, LLC
Number Street: 401 S. 2nd Street, Suite 301
City: Philadelphia    State: PA    ZIP Code: 19147
Contact phone: _____    Email: _____
Bar number: 51816
State: PA

✗ _____
Signature of attorney

Date signed: 3/30/2016
             MM / DD / YYYY

Official Form 205        Involuntary Petition Against a Non-Individual        page 4