| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Lawrence Schiff Silk Mills, Inc. |
| United States Bankruptcy Court for the: | Eastern District of PA (State) |
| Case number (If known): | 16-12396-jkf |

☐ Check if this is an amended filing

Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Borough of Quakertown<br>35 N 35th St.<br>Quakertown PA 18951 | Becky<br>267-347-5009<br>bwilhelm@quakertown.org | Electric Utility | | | | $74,180.17 |
| 2 | Walter Johnson<br>PO Box 940<br>Richlandtown, PA 19855 | Walter Johnson<br>215-536-6603 | Tax Collector | | | | $61,282.26 |
| 3 | Unifi Mfg Inc.<br>PO Box 602749<br>Charlotte, NC 28260 | Terry Gore<br>336-316-5634<br>tgore@unifi.com | Trade Debt | | | | $52,448.06 |
| 4 | Sans Tech Fibers LLC<br>1422 Burtonwood Dr.<br>Gastonia, NC 28054 | Kim Crenshaw<br>866-489-2767<br>kim@sansfibers.com | Trade Debt | | | | $42,694.24 |
| 5 | Jakob Muller of America<br>2231 Gateway Blvd.<br>Charlotte, NC 28208 | 704-394-3135 | Trade Debt | | | | $42,117.39 |
| 6 | Textile Monterey 1996<br>2475 Saint-Joseph Blvd.<br>Drummondville QC J2B7V4 | Gilles Desmarais<br>819-475-4333<br>gilles.desmarais@monterey1996.ca | Trade Debt | | | | $39,384.16 |
| 7 | The Pyramid Group<br>590 California Road<br>Quakertown, PA 18951 | Richard Schiff<br>215-538-2880 | Rent | | | | $38,665.50 |
| 8 | Premiere Fibers<br>10056 Hwy 52 North<br>Ansonville, NC 28007 | Leonard Williams<br>704-826-8321<br>lwilliams@premierefibers.com | Trade Debt | | | | $32,595.12 |

Debtor  **Lawrence Schiff Silk Mills, Inc.**
Name

Case number (*if known*) **16-12396-jkf**

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim. If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Green Hasson Janks<br>10990 Wilshire Blvd 16th FL<br>Los Angeles, CA 90024 | 310-873-1600 | Professional Services | | | | $28,963.00 |
| 10 | RJLS Enterprises Inc.<br>3520 Fox Run Drive<br>Allentown, PA 18103 | Richard Schiff<br>215-538-2880 | Earnout | | | | $28,748.30 |
| 11 | Donna Roberts<br>300 W Broad St<br>Quakertown, PA 18951 | Donna Roberts<br>215-536-1020 | Tax Collector | | | | $28,494.36 |
| 12 | US Customs & Boarder Protect<br>PO Box 530071<br>Atlanta GA 30353 | 866-505-2799 | Gov't Fees | Disputed | | | $27,631.99 |
| 13 | Grant Industries<br>125 Main Ave<br>Elmwood Park NJ 07407 | Mike Granetelle<br>201-791-6700 | Trade Debt | | | | $24,852.30 |
| 14 | UGI Energy Service<br>PO Box 827032<br>Philadelphia PA 19182 | Stefanie Kill-McCullum<br>800-427-8545<br>skiss-mccollum@ugies.com | Gas Utility | | | | $21,732.29 |
| 15 | Jerry Spangler<br>4 West Street<br>Newville PA 17241 | Jerry Spangler<br>717-713-5687 | Tax Collector | | | | $20,070.20 |
| 16 | ICF Mercantile LLC<br>2125 Center Ave #400<br>Fort Lee NJ 07024 | Dave Ronner<br>201-482-8032 | Trade Debt | Contingent | | | $18,122.08 |
| 17 | Horizon Software<br>1755 Park St. #200<br>Naperville IL 60563 | Lloyd Austin<br>888-205-0097 | Trade Debt Computer Support | | | | $17,249.25 |
| 18 | Pleasant Valley Plumbing<br>2775 Old Bethlehem Pike<br>Quakertown PA 18951 | Don Everett<br>215-651-6663 | Trade Debt | | | | $17,130.08 |
| 19 | Organic Dyes & Pigments<br>65 Valley St<br>East Providence RI 02914 | Robert Rossi<br>401-434-3300<br>rrossi@organicdye.com | Trade Debt | | | | $16,009.95 |
| 20 | Aero Energy<br>230 Lincoln Way East<br>New Oxford, PA  17350 | Ray Gambrill<br>800-998-4311 | Trade Debt | | | | $12,910.53 |

Fill in this information to identify the case and this filing:

Debtor Name: Lawrence Schiff Silk Mills, Inc.
United States Bankruptcy Court for the: Eastern District of PA (State)
Case number (if known): 16-12396-jkf

Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct

- ☐ Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)
- ☐ Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)
- ☐ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)
- ☐ Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)
- ☐ Schedule H: Codebtors (Official Form 206H)
- ☐ Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)
- ☐ Amended Schedule ____
- ☒ Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 4/22/2016
MM / DD / YYYY

X _____
Signature of individual signing on behalf of debtor

Robert Loring, Jr.
Printed name

Chief Executive Officer
Position or relationship to debtor

Official Form 202    Declaration Under Penalty of Perjury for Non-Individual Debtors