## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| In re: | : | **Chapter 11** |
|  | : |  |
| **LAWRENCE SCHIFF SILK MILLS, INC.,** | : | **Bankruptcy No. 16-12396-jkf** |
|  | : |  |
| **Debtor.** | : |  |

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of non-debtor equity security holders of the above-captioned debtor and debtor-in-possession in this chapter 11 case.  The list is prepared in accordance with Rule 1007(a)(3) of the Federal Rules of Bankruptcy Procedure and is based on the Debtor's books and records.  The information presented in the list shall not constitute an admission by, nor is it binding on, Debtor or any of its affiliates.  All rights are reserved.

| Holder | Address | Type of Interest | Percentage Ownership |
|---|---|---|---|
| Cyrus Nikou | c/o Lawrence Schiff Silk Mills, Inc. 1999 Avenue of the Stars, Suite 3430 Los Angeles, California 90067 | Common Stock | 42.35% |
| Robert Loring, Jr. | c/o Lawrence Schiff Silk Mills, Inc. 1999 Avenue of the Stars, Suite 3430 Los Angeles, California 90067 | Common Stock | 42.35% |
| Richard J. Schiff | 3520 Fox Run Drive Allentown, PA 18103 | Common Stock | 5.10% |
| Aman Bajaj | c/o Lawrence Schiff Silk Mills, Inc. 1999 Avenue of the Stars, Suite 3430 Los Angeles, California 90067 | Common Stock | 4.08% |
| Jeff Gray | 6579 Mountain Sky Rd. Frisco, TX 75034 | Common Stock | 2.04% |
| Ivan Ivankovich | 1030 S Oakland Ave Pasadena, CA  91001 | Common Stock | 2.04% |
| Gary Alcock | 514 S. Barrington Ave., #101 Los Angeles, CA 90049 | Common Stock | 2.04% |

Fill in this information to identify the case and this filing:

Debtor Name    Lawrence Schiff Silk Mills, Inc.

United States Bankruptcy Court for the:    Eastern    District of    PA
                                                                    (State)

Case number (if known):    16-12396-jkf

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐    Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)

☐    Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)

☐    Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)

☐    Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)

☐    Schedule H: Codebtors (Official Form 206H)

☐    Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)

☐    Amended Schedule _____

☐    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)

☒    Other document that requires a declaration    DEBTOR'S LIST OF EQUITY SECURITY HOLDERS

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    4/22/2016                    ✗ _____
               MM / DD / YYYY                   Signature of individual signing on behalf of debtor

                                            Robert Loring, Jr.
                                            Printed name

                                            Chief Executive Officer
                                            Position or relationship to debtor

Official Form 202                    Declaration Under Penalty of Perjury for Non-Individual Debtors