UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** : | **Chapter 11** |
| : | |
| **LAWRENCE SCHIFF SILK MILLS, INC.** : | |
| : | **Bankruptcy No. 16-12396** |
| : | |
| **Debtor.** : | |

### ORDER FOR THE APPOINTMENT OF A CHAPTER 11 TRUSTEE

Upon consideration of the motion of the above-captioned debtor and debtor-in-possession (the "Debtor") for an order, pursuant to 11 U.S.C. § 1112(b), appointing a Chapter 11 trustee or, alternatively, converting LSSM's Chapter 11 case to a case under Chapter 7 of the Bankruptcy Code (the "Motion")[1], and upon the record in these cases, and notice of the Motion and the hearing thereon having been provided as set forth in the Motion, and good and sufficient cause appearing therefore, and upon the record of the hearing and all other pleadings and proceedings in this case, and any opposition to the Motion having been overruled or withdrawn, it is hereby

**FOUND AND DETERMINED THAT:**

A.   Notice of the Motion and the hearing thereon was due and sufficient under the circumstances.

B.   The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334.

C.   This is a core proceeding under 11 U.S.C. § 157(b).

D.   Debtor, prior to the granting of the relief pursuant to this Order, was a debtor and debtor-in-possession in this case pending under chapter 11 of the Bankruptcy Code.

E.   Debtor's chapter 11 case was originally commenced as an involuntary case.

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Motion.

147748.01600/102128602v.5

F.  The appointment of a Chapter 11 Trustee is in the best interests of Debtor's estate.

**ORDERED, ADJUDGED AND DECREED THAT:**

1. The Motion is GRANTED as set forth herein.

2. The United States Trustee's Office shall appoint a Chapter 11 Trustee for the above Debtor's estate.

3. All professionals retained in the chapter 11 cases sections 327, 328, 363 or 1103 of the Bankruptcy Code who seek compensation for services rendered or expenses incurred on or prior to the date hereof shall file their final fee applications on or before the later of (i) thirty (30) calendar days after the date of this Order and (ii) fourteen (14) calendar days after the date of entry of an order approving the respective professional's employment.

4. This Court shall retain jurisdiction over all matters arising from and/or related to the interpretation and/or implementation of this Order.

Date: April 25, 2016

Hon. Jean K. FitzSimon
United States Bankruptcy Judge

147748.01600/102128602v.5